IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Christa Shimeka Goldbird**  Plaintiff

v.  No. 4:15-CV–060-SWW

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**  Defendant

### ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition (docket entry # 10) and the objection (docket entry # 11), the court OVERRULES the objection, ACCEPTS the recommended disposition, and DENIES Christa Shimeka Goldbird's request for relief (docket entry # 1).

Goldbird's general objection does not undermine the magistrate judge's analysis. Goldbird's claim depends on the credibility of her allegations. The ALJ had a sufficient basis for discounting credibility. The evidence shows no disabling physical or mental impairment.

Because a reasonable mind will accept the evidence as adequate to support the decision, the court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 23rd day of September, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE